# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JOHN DOE**, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> **SYRACUSE UNIVERSITY, SYRACUSE UNIVERSITY BOARD OF TRUSTEES**, **KENT SYVERUD**, in his individual capacity, **PAMELA PETER**, in her individual capacity, **SHEILA JOHNSON-WILLIS**, in her individual capacity, and **BERNERD JOHNSON**, in his individual capacity, <br><br> Defendants | Case No. 5:18-CV-0377 <br> (DNH/DEP) <br> Hon. David N. Hurd <br> Mag. David E. Peebles <br><br> **DEFENDANTS' NOTICE OF MOTION TO DISMISS** <br><br> **Oral argument requested** |

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law dated May 14, 2018, and the Exhibits annexed thereto; Defendants Syracuse University, Syracuse University Board of Trustees, Kent Syverud, Pamela Peter, Sheila Johnson-Willis, and Bernerd Johnson, will move this Court before the Honorable David N. Hurd at the Alexander Pirnie Federal Building and United States Courthouse, 10 Broad Street, Utica, New York on June 22, 2018 at 10:00 AM, for an Order, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing with prejudice all claims asserted by Plaintiff John Doe for failure to state a claim upon which relief can be granted.

PLEASE TAKE FURTHER NOTICE that Defendants intend to file and serve Reply papers, and request the opportunity to orally argue this motion.

Dated: May 14, 2018

Jeremy M. Creelan
JENNER & BLOCK LLP
919 Third Avenue
New York, NY 10022-3908
(212) 891-1678
jcreelan@jenner.com
*Attorney for Defendants*

s/ *David W. DeBruin*
David W. DeBruin
Ishan K. Bhabha
JENNER & BLOCK LLP
1099 New York Avenue, N.W., Suite 900
Washington, DC 20001-4412
(202) 639-6015
ddebruin@jenner.com
*Attorneys for Defendants*