IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTHERN DISTRICT OF NEW YORK

JOHN DOE,  )
　　　Plaintiff(s)  )
　　　　　　　　　　)
v.  )　　CASE NO. 5:18-cv-377
　　　　　　　　　　)
SYRACUSE UNIVERSITY, et al.,  )
　　　Defendant(s)  )

## REQUEST FOR TRANSCRIPT

TO: Nancy Freddoso , Court Reporter / Transcriber.

Notice is hereby given that an official transcript[1] of a proceeding has been requested of the following portion(s) of the proceedings:

A complete transcript of the Motion Hearing held on August 8, 2018 before Judge David N. Hurd.

The party requesting the transcript must also provide the Court Reporter / Transcriber with a FORM AO 435 Transcript Order[2]. This form is available on the Court's website at www.nynd.uscourts.gov.,

Please note that if the Transcript request is for an appeal, the requestor must also file the appropriate transcript appeal forms that are available on the 2nd Circuit Webpage at http://www.ca2.uscourts.gov/.

S/ _[signature]_
Attorney for Plaintiff-John Doe
NDNY Bar Roll # 520921
Address: 363 7th Ave., 5th Fl., NY, NY 10001

---

[1] Upon the filing of the official transcript with the Clerk of Court in a civil or criminal proceeding by the court reporter, the parties will have five (5) business days to file a Notice of Intent to Request Redaction. For additional information on the Court's Policy concerning redaction of transcripts please visit the Court website at www.nynd.uscourts.gov.

[2] For Criminal transcript requests by a CJA Panel Member please request from the Clerk's Office a CJA-24 Transcript Voucher form and have it approved by the presiding judge prior to filing this form.

## Certificate of Service

    I hereby certify that on  5/20/2019 , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to the following: David Debruin, Esq., Jenner, Block Law Firm, ddebruin@jenner.com ,

and that I mailed by United States Postal Service the document to the following non CM/ECF participants: N/A .

S/ *[signature: Philip A. Byler]*

ndny notice of filing of official transcript 1/16/06