# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

**JOHN DOE**, an individual,

    Plaintiff,

vs.

**SYRACUSE UNIVERSITY, SYRACUSE UNIVERSITY BOARD OF TRUSTEES, KENT SYVERUD**, in his individual capacity, **PAMELA PETER**, in her individual capacity, **SHEILA JOHNSON-WILLIS**, in her individual capacity, **AND BERNERD JACOBSON**, in his individual capacity,

    Defendants

No. 5:18-CV-0377 (DNH/DEP)

## **STIPULATION AND ORDER**

    WHEREAS, Plaintiff John Doe filed a Complaint in this case dated March 27, 2018, and the Complaint was served upon Defendants on April 2, 2018; and

    WHEREAS, Defendants moved to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(6) and the Court granted in part and denied in part that motion in a decision issued on May 8, 2019; and

    WHEREAS, on May 8, 2019 the Court further ordered that Defendants file an answer to Plaintiff's complaint by May 28, 2019; and

    WHEREAS, Defendants desire an additional seven days to file an answer to Plaintiff's complaint to allow Defendants to verify and respond properly to the detailed allegations in the Complaint, and Plaintiff has consented to that extension from the May 28, 2019 date set by the Court; therefore it is

**STIPULATED AND AGREED**, between the parties that:

The time for Defendants to file an answer in this matter will be extended up to and including June 4, 2019.

Dated: May 22, 2019

On behalf of Plaintiff:

By: /s/ Stuart Bernstein (with consent)
Stuart Bernstein (No. 520831)
Nesenoff & Miltenberg LLP
363 Seventh Avenue, 5th Floor
New York, NY 10001-3904
sbernstein@nmllplaw.com

Dated: May 22, 2019

On behalf of Defendants

By: /s/ David W. DeBruin
David W. DeBruin (*pro hac vice*)
Jenner & Block LLP
1099 New York Ave NW
Washington, D.C. 20001
ddebruin@jenner.com

IT IS SO ORDERED

Date: May __, 2019
Utica, New York

_____
David N. Hurd
United States District Judge