

# NESENOFF & MILTENBERG LLP

ATTORNEYS AT LAW

nmllplaw.com

Ira S. Nesenoff
Andrew T. Miltenberg
───────────────
Stuart Bernstein

Barbara H. Trapasso
Ariya M. Waxman
Tara J. Davis
Diana R. Warshow
Gabrielle M. Vinci
Kara L. Gorycki
Cindy A. Singh
Nicholas E. Lewis
Adrienne D. Levy

Philip A. Byler
*Senior Litigation Counsel*
Megan S. Goddard
*Counsel*
Rebecca C. Nunberg
*Counsel*
Jeffrey S. Berkowitz
*Counsel*
Marybeth Sydor
*Title IX Consultant*

July 12, 2019

**VIA ECF**
Honorable Miroslav Lovric
United States Magistrate Judge, Northern District of New York
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, New York 13901

      Re: **John Doe v. Syracuse University et al.**
           **Case No. 5:18-cv-0377**

Dear Magistrate Judge Lovric:

    The undersigned is counsel to Plaintiff, John Doe in the above-referenced matter.

    As per my office's communication with your Courtroom Deputy, I write on behalf of all parties to request a short thirty (30) day adjournment of the initial conference scheduled for July 18, 2019 at 10:30 a.m.

    The reason for this request is that the parties have engaged in extensive discussions to determine if a resolution is achievable at this juncture. The thirty (30) day adjournment would be very beneficial to these discussions. There have been no previous requests for an adjournment of this conference.

    We thank you for your time and consideration of this request.

                                                  Respectfully Submitted,
                                                  NESENOFF & MILTENBERG, LLP

                              By:   */s/ Stuart Bernstein*
                                    **Stuart Bernstein, Esq.**

cc: David W. DeBruin, Esq., attorney for Defendants (*via ecf*)
    Ishan K. Bhabha, Esq., attorney for Defendants (*via ecf*)