

| Ira S. Nesenoff | Barbara H. Trapasso | Philip A. Byler |
| Andrew T. Miltenberg | Ariya M. Waxman | *Senior Litigation Counsel* |
| ——————— | Tara J. Davis | Megan S. Goddard |
| Stuart Bernstein | Diana R. Warshow | *Counsel* |
| | Gabrielle M. Vinci | Rebecca C. Nunberg |
| | Kara L. Gorycki | *Counsel* |
| | Cindy A. Singh | Jeffrey S. Berkowitz |
| | Nicholas E. Lewis | *Counsel* |
| | Adrienne D. Levy | Marybeth Sydor |
| | | *Title IX Consultant* |

ATTORNEYS AT LAW
nmllplaw.com

August 6, 2019

**VIA ECF**
Honorable Miroslav Lovric
United States Magistrate Judge, Northern District of New York
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, New York 13901

       **Re: John Doe v. Syracuse University et al.**
          **Case No. 5:18-cv-0377**

Dear Magistrate Judge Lovric:

    The undersigned is counsel to Plaintiff, John Doe in the above-referenced matter.

    On July 13, 2019 I filed a letter (ECF Doc# 38) on behalf of all parties requesting a thirty (30) day adjournment of the initial conference previously scheduled for July 18, 2019 at 10:30 a.m. On July 15, 2019, Your Honor issued a Text Order granting the request and adjourning the conference until August 14, 2019. Additionally, Your Honor Ordered that the Civil Case Management Plan must be filed and Mandatory Disclosures are to be exchanged by August 7, 2019.

    The parties have worked diligently to resolve this matter and are in the closing stages of finalizing a Settlement Agreement. As such, the parties are seeking an additional thirty (30) day adjournment so that the Settlement Agreement can be fully executed, the settlement provisions fulfilled, and a Stipulation of Dismissal filed with the Court.

    We thank you for your time and consideration of this request.

                                     **Respectfully Submitted,**
                                     **NESENOFF & MILTENBERG, LLP**

                         **By:**   */s/ Stuart Bernstein*
                                   **Stuart Bernstein, Esq.**

cc: David W. DeBruin, Esq., attorney for Defendants (*via ecf*)
     Ishan K. Bhabha, Esq., attorney for Defendants (*via ecf*)

| **NEW YORK** | 363 Seventh Avenue | Fifth Floor | New York, NY 10001 | T: 212.736.4500 | F: 212.736.2260 |
| **BOSTON** | 101 Federal Street | 19th Floor | Boston, MA 02110 | T: 617.209.2188 | |