


# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

| | |
|---|---|
| JOHN DOE, | Civil Action No. 5:18-cv-0377 (DNH/DEP) |
|     Plaintiff, | STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH **PREJUDICE**_____ |
| -against- | |
| SYRACUSE UNIVERSITY, SYRACUSE UNIVERSITY BOARD OF TRUSTEES KENT SYVERUD, in his individual capacity, PAMELA PETER, in her individual capacity SHEILA JOHNSON-WILLIS, in her individual capacity, and BERNERD JACOBSON, in his individual capacity, | |
|     Defendants. | |

------------------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and between the undersigned, that this action is hereby dismissed with prejudice and without costs or fees to any party.

Dated:  August 21, 2019

| **NESENOFF & MILTENBERG, LLP** | **JENNER & BLOCK LLP** |
|---|---|
| /s/ Stuart Bernstein, Esq. | /s/  David W. DeBruin, Esq. |
| Stuart Bernstein, Esq. | David W. DeBruin, Esq. |
| 363 Seventh Avenue, 5th Floor | 1099 New York Avenue, N.W., Suite 900 |
| New York, NY 10001 | Washington, DC 20001 |
| Tel.: (212) 736-4500 | Tel.: (202) 639-6015 |
| sbernstein@nmllplaw.com | ddebruin@jenner.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

SO ORDERED:

_____        Dated: _____
Hon. David N. Hurd