IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
JOHN DOE,                                       :   Civil Action No. 5:18-cv-0377 (DNH/DEP)
                                                :
      Plaintiff,                             :   STIPULATION AND
                                                :        ORDER OF
-against-                                       :   DISMISSAL WITH
                                                :   PREJUDICE
SYRACUSE UNIVERSITY, SYRACUSE                   :
UNIVERSITY BOARD OF TRUSTEES                    :
KENT SYVERUD, in his individual capacity,       :
PAMELA PETER, in her individual capacity        :
SHEILA JOHNSON-WILLIS, in her individual        :
capacity, and BERNERD JACOBSON, in his          :
individual capacity,                            :
                                                :
      Defendants.                            :
---------------------------------------------------------------X

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
AUG 2 2 2019
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Utica

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and between the undersigned, that this action is hereby dismissed with prejudice and without costs or fees to any party.

Dated: August 21, 2019

**NESENOFF & MILTENBERG, LLP**

 /s/ Stuart Bernstein, Esq.
Stuart Bernstein, Esq.
363 Seventh Avenue, 5th Floor
New York, NY 10001
Tel.: (212) 736-4500
sbernstein@nmllplaw.com
*Attorneys for Plaintiff*

**JENNER & BLOCK LLP**

 /s/ David W. DeBruin, Esq.
David W. DeBruin, Esq.
1099 New York Avenue, N.W., Suite 900
Washington, DC 20001
Tel.: (202) 639-6015
ddebruin@jenner.com
*Attorneys for Defendants*

SO ORDERED:

_____   Dated: 8/22/19
Hon. David N. Hurd